**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

|  |  |
|---|---|
| TLC TRAVEL STAFF, LLC, GENESIS MEDICAL STAFFING, INC., SAMAS CORPORATION, MYNELA LLC, WAYNE STAFFING, LLC, and LIGHTHOUSE NURSING, INC., | Case No.  1:23-CV-01914-VSB<br><br>Civil Action |
| Plaintiffs, | **ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION WITH TEMPORARY RESTRAINTS** |
| – against – | |
| ACE FUNDING SOURCE, LLC, GREEN NOTE CAPITAL PARTNERS, INC., KYF GLOBAL PARTNERS, LLC, PATRIARCH CAPITAL HOLDINGS, LLC, ACE FUNDING SOURCE SECOND, LLC, UNION FUNDING SOURCE, INC., ALBERT GINDI, ISAAC KASSAB, GABRIEL MANN, ABC CORPORATIONS 1 THOUGH 10 (currently unknown and fictitiously identified entities), and JOHN DOES 1 THROUGH 10 (currently unknown and fictitiously identified individuals), | |
| Defendants. | |

------------------------------------------------------------------------x

**THIS MATTER** having Come before the Court upon the application of Plaintiffs, TLC TRAVEL STAFF, LLC, GENESIS MEDICAL STAFFING, INC., SAMAS CORPORATION, MYNELA LLC, WAYNE STAFFING, LLC, and LIGHTHOUSE NURSING, INC. (collectively "Plaintiffs"), by and through their counsel, by way of Order to Show Cause for Preliminary Injunction with Temporary Restraints, and upon the Verified Complaint with Preliminary Injunction and Jury Demand [Docket Entry No. ("Doc.") 1], the Declaration of Nicholas A. Vytell, Esq., and Memorandum of Law in Support, and all other pleadings and proceedings to date, and for good cause shown, it is hereby:

**ORDERED** that the above-named Defendants shall show cause before this Court, at Courtroom 518, United States Courthouse, 40 Foley Square, in the City, County and State of New

York, on _____, 2023 at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure preliminarily enjoining and restraining Defendants, and their agents, officers, investors, trustees, employees, successors, heirs, and assigns, and any other person under their direction or control, whether acting individually or in concert with others, or through any corporate or other entity or device through which one or more of them may now or hereafter act or conduct business, from:

(i) seeking any recovery or enforcement against Plaintiffs in connection with any agreement for the repayment of debt including, without limitation, any merchant cash advance agreement, loan agreement, consent judgment, pledge agreement, lien, UCC Financing Statement, power of attorney, or other vehicle for enforcement of debt. This shall include, but not be limited to, enjoining any action by Defendants or their agents to debit any money from Plaintiffs' bank accounts, freezing of any accounts or assets, issuing or foreclosing on any lien including UCC liens, enforcing any personal guarantee, stock pledge, or other collateral; and

(ii) contacting any of Plaintiffs' customers, employees, officer, executives, accounts, banks, or other vendors with respect to any debt allegedly owed to Defendants and, instead, directing all communications in any way related to this matter to Plaintiffs' counsel of record; and it is

**FURTHER ORDERED**, that pending the hearing and disposition of the above-referenced Order to Show Cause or further Order of this Court, Defendants are temporarily restrained from any conduct in violation of (i) or (ii) above; and it is

**FURTHER ORDERED**, that a copy of this Order to Show Cause, along with all documents in support, shall be served on Defendants electronically by way of available email

address and by FedEx within two (2) days of receipt of the signed Order by counsel for Plaintiffs;

Plaintiffs shall also attempt personal service of this Order to Show Cause, along with all documents

in support, on or before March _____, 2023, and shall file proof of service on or before the return

date hereof; and it is

   **FURTHER ORDERED**, that opposition, if any, shall be filed on or before March

_____, 2023, and replies, if any, shall be filed on or before March _____, 2023, and shall comply

with Rule 4 of the Court's Individual Rules & Practices for page limits and other requirements.


DATED:                                               _____

                                                     **HON. VERNON S. BRODERICK, U.S.D.J.**