# Exhibit 1



REPPERT KELLY & VYTELL LLC

COUNSELORS AT LAW

110 ALLEN ROAD
SUITE 208
BASKING RIDGE, NEW JERSEY 07920
TELEPHONE:    (908) 605-2120
FACSIMILE:    (908) 605-2121

570 LEXINGTON AVENUE, 8TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE:    (212) 490-0988
FACSIMILE:    (212) 490-0287

WRITER'S EMAIL ADDRESS:
NVYTELL@RKVFIRM.COM

March 8, 2023

**VIA EMAIL ONLY**
ACE FUNDING SOURCE, LLC – info@bblawpllc.com
GREEN NOTE CAPITAL PARTNERS, INC. – funding@greennotecapitalpartners.com;
KYF GLOBAL PARTNERS, LLC –  kyf@globalpartners.com;
PATRIARCH CAPITAL HOLDINGS, LLC – info@bblawpllc.com
ACE FUNDING SOURCE SECOND, LLC - info@bblawpllc.com
UNION FUNDING SOURCE, INC. – info@unionfundingsource.com
MR. ALBERT GINDI – albertg@unitedsecuredcapital.com
MR. ISAAC KASSAB – isaac@greennotecapitalpartners.com;
MR. GABRIEL MANN – gabe@greennotecapitalpartners.com;

> Re:    TLC Travel Staff, LLC et al. v. Ace Funding Source, LLC et al.
> United States District Court for the Southern District of New York
> Case No.:  1:23-cv-01914

Dear Sir or Madam:

Please be advised that the above-referenced lawsuit has been initiated against the named-defendants in the United States District Court for the Southern District of New York and is pending before the Honorable Vernon S. Broderick, U.S.D.J. under Case Number 1:23-1914-VSB.

**Please be further advised that Plaintiffs have or will be filing an Order to Show Cause for Preliminary Injunction with Temporary Restraints seeking certain specified injunctive relief from the Court on an expedited basis.  Should you have any questions or wish to oppose the requested relief, you should contact the Court in accordance with the Judge's Individual Practices, a copy of which is enclosed herewith for reference.**

Also enclosed are the following: (1) a filed copy of Plaintiffs' Verified Complaint with Preliminary Injunction and Jury Demand; (2) a filed Civil Cover Sheet; (3) a filed Rule 7.1 Disclosure Statement; and (4) the proposed Order to Show Cause, Declaration of Nicholas A. Vytell, Esq., in support, and Memorandum of Law.  To the extent these documents exceed the limits of your mail server, they are also being made available by the below link:

> https://www.dropbox.com/scl/fo/ghvzej5mzh08gsv5bvif9/h?dl=0&rlkey=5c4nvtr1dp38xn59mn8tk97fs

March 8, 2023
Page 2 of 2

Please be guided accordingly.

Sincerely,

**REPPERT, KELLY & VYTELL, LLC**

*/s/ Nicholas A. Vytell*

Nicholas A. Vytell

Enclosures

**nvytell@rkvfirm.com**

| | |
|---|---|
| **From:** | nvytell@rkvfirm.com |
| **Sent:** | Wednesday, March 8, 2023 6:02 PM |
| **To:** | 'info@bblawpllc.com'; 'funding@greennotecapitalpartners.com'; 'kyf@globalpartners.com'; 'info@unionfundingsource.com'; 'albertg@unitedsecuredcapital.com'; 'isaac@greennotecapitalpartners.com'; 'gabe@greennotecapitalpartners.com' |
| **Cc:** | 'jvreppert@rkvfirm.com' |
| **Subject:** | TLC Travel Staff, LLC, et al., v. Ace Funding Source, LLC, et al. - Southern District of New York - 1:23-cv-1914 - NOTICE OF REQUEST FOR TEMPORARY RESTRAINING ORDER |
| **Attachments:** | 3.8.23 Notice of OTSC to Defendants.pdf |
| | |
| **Importance:** | High |

Dear Sir or Madam:

Please see the attached correspondence and referenced filings in connection with the above referenced action.  In order to ensure transmittal of the letter and associated link, the attachments will be sent by separate email.  This correspondence, including all attachments, may also be accessed via the link below.

    https://www.dropbox.com/scl/fo/ghvzej5mzh08gsv5bvif9/h?dl=0&rlkey=5c4nvtr1dp38xn59mn8tk97fs

Sincerely,


Nicholas A. Vytell, Esq.
**REPPERT KELLY & VYTELL, LLC**
110 Allen Road, Suite 208, Basking Ridge, New Jersey 07920
Office          908.605.2120
Direct Dial     908.502.4497
Mobile          973.452.6055
nvytell@rkvfirm.com

-----------------------------------------------------------------------------------------------------------------------------
NOTICE TO RECIPIENT:  THIS EMAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS EMAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS EMAIL IS STRICTLY PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN EMAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
-----------------------------------------------------------------------------------------------------------------------------

1

**nvytell@rkvfirm.com**

| | |
|---|---|
| **From:** | nvytell@rkvfirm.com |
| **Sent:** | Wednesday, March 8, 2023 6:02 PM |
| **To:** | 'info@bblawpllc.com'; 'funding@greennotecapitalpartners.com'; 'kyf@globalpartners.com'; 'info@unionfundingsource.com'; 'albertg@unitedsecuredcapital.com'; 'isaac@greennotecapitalpartners.com'; 'gabe@greennotecapitalpartners.com' |
| **Cc:** | 'jvreppert@rkvfirm.com' |
| **Subject:** | RE: TLC Travel Staff, LLC, et al., v. Ace Funding Source, LLC, et al. - Southern District of New York - 1:23-cv-1914 - NOTICE OF REQUEST FOR TEMPORARY RESTRAINING ORDER |
| **Attachments:** | 3.7.23 7.1 Statement [Filed].pdf; 3.7.23 Civ Cover Sheet [Filed].pdf; 3.8.23 Declaration of Nicholas A Vytell, Esq w Exhibits.pdf; 3.8.23 Memo of Law in Support.pdf; 3.8.23 OTSC Proposed.pdf; Hon. Vernon S. Broderick Individual Rules.pdf |

Please see attachments hereto.

Nicholas A. Vytell, Esq.
**REPPERT KELLY & VYTELL, LLC**
110 Allen Road, Suite 208, Basking Ridge, New Jersey 07920
Office          908.605.2120
Direct Dial     908.502.4497
Mobile          973.452.6055
nvytell@rkvfirm.com

-----------------------------------------------------------------------------------------------------------------
NOTICE TO RECIPIENT:  THIS EMAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS EMAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS EMAIL IS STRICTLY PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN EMAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
-----------------------------------------------------------------------------------------------------------------

**From:** nvytell@rkvfirm.com <nvytell@rkvfirm.com>
**Sent:** Wednesday, March 8, 2023 6:02 PM
**To:** 'info@bblawpllc.com' <info@bblawpllc.com>; 'funding@greennotecapitalpartners.com' <funding@greennotecapitalpartners.com>; 'kyf@globalpartners.com' <kyf@globalpartners.com>; 'info@unionfundingsource.com' <info@unionfundingsource.com>; 'albertg@unitedsecuredcapital.com' <albertg@unitedsecuredcapital.com>; 'isaac@greennotecapitalpartners.com' <isaac@greennotecapitalpartners.com>; 'gabe@greennotecapitalpartners.com' <gabe@greennotecapitalpartners.com>
**Cc:** 'jvreppert@rkvfirm.com' <jvreppert@rkvfirm.com>
**Subject:** TLC Travel Staff, LLC, et al., v. Ace Funding Source, LLC, et al. - Southern District of New York - 1:23-cv-1914 - NOTICE OF REQUEST FOR TEMPORARY

RESTRAINING ORDER
**Importance:** High

Dear Sir or Madam:

Please see the attached correspondence and referenced filings in connection with the above referenced action.  In order to ensure transmittal of the letter and associated link, the attachments will be sent by separate email.  This correspondence, including all attachments, may also be accessed via the link below.

https://www.dropbox.com/scl/fo/ghvzej5mzh08gsv5bvif9/h?dl=0&rlkey=5c4nvtr1dp38xn59mn8tk97fs

Sincerely,


Nicholas A. Vytell, Esq.
**REPPERT KELLY & VYTELL, LLC**
110 Allen Road, Suite 208, Basking Ridge, New Jersey 07920
Office          908.605.2120
Direct Dial     908.502.4497
Mobile          973.452.6055
nvytell@rkvfirm.com

-----------------------------------------------------------------------------------------------------------------------------
NOTICE TO RECIPIENT:  THIS EMAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS EMAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS EMAIL IS STRICTLY PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN EMAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
-----------------------------------------------------------------------------------------------------------------------------