UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
TLC TRAVEL STAFF, LLC, GENESIS :
MEDICAL STAFFING, INC., SAMAS :
CORPORATION, MYNELA LLC, :
WAYNE STAFFING, LLC, and : 23-CV-1914 (VSB)
LIGHTHOUSE NURSING, INC., :
: **ORDER**
Plaintiffs, :
:
-against- :
:
ACE FUNDING SOURCE, LLC, GREEN :
NOTE CAPITAL PARTNERS, INC., KYF :
GLOBAL PARTNERS, LLC, PATRIARCH :
CAPITAL HOLDINGS, LLC, ACE :
FUNDING SOURCE SECOND, LLC, :
UNION FUNDING SOURCE, INC., :
ALBERT GINDI, ISAAC KASSAB, :
GABRIEL MANN, ABC CORPORATIONS :
1 THOUGH 10 (currently unknown and :
fictitiously identified entities), and JOHN :
DOES 1 THROUGH 10 (currently unknown :
and fictitiously identified individuals), :
:
Defendants. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that the Court will not be holding an initial pretrial conference.

IT IS FURTHER ORDERED that, by June 8, 2023, the parties submit a joint letter, not to exceed three (3) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation

    and the principal place of business.  If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order.  A template for the order is available at http://nysd.uscourts.gov/judge/Broderick.  The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated:   June 1, 2023
           New York, New York

_____
Vernon S. Broderick
United States District Judge