UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
TLC TRAVEL STAFF, LLC, GENESIS :
MEDICAL STAFFING, INC., SAMAS :
CORPORATION, MYNELA LLC, :
WAYNE STAFFING, LLC, and : 23-CV-1914 (VSB)
LIGHTHOUSE NURSING, INC., :
: **ORDER**
Plaintiffs, :
:
-against- :
:
ACE FUNDING SOURCE, LLC, GREEN :
NOTE CAPITAL PARTNERS, INC., KYF :
GLOBAL PARTNERS, LLC, PATRIARCH :
CAPITAL HOLDINGS, LLC, ACE :
FUNDING SOURCE SECOND, LLC, :
UNION FUNDING SOURCE, INC., :
ALBERT GINDI, ISAAC KASSAB, :
GABRIEL MANN, ABC CORPORATIONS :
1 THOUGH 10 (currently unknown and :
fictitiously identified entities), and JOHN :
DOES 1 THROUGH 10 (currently unknown :
and fictitiously identified individuals), :
:
Defendants. :
:
-------------------------------------------------------X

**VERNON S. BRODERICK, United States District Judge:**

In light of the parties' submission at Doc. 84, I will not enter a case management plan at this time. Additionally, it is ORDERED that all discovery in this matter shall be stayed pending the resolution of the motion to compel arbitration at Doc. 53.

SO ORDERED.

Dated: June 12, 2023
New York, New York

Vernon S. Broderick
United States District Judge