UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                 :

TLC TRAVEL STAFF, LLC, GENESIS  :
MEDICAL STAFFING, INC., SAMAS   :
CORPORATION, MYNELA LLC,        :
WAYNE STAFFING, LLC, and            :                      23-CV-1914 (VSB)
LIGHTHOUSE NURSING, INC.,           :
                                                 :                          **ORDER**
                        Plaintiffs,    :
                                                 :
                -against-                    :
                                               :

ACE FUNDING SOURCE, LLC, GREEN  :
NOTE CAPITAL PARTNERS, INC., KYF  :
GLOBAL PARTNERS, LLC, PATRIARCH :
CAPITAL HOLDINGS, LLC, ACE           :
FUNDING SOURCE SECOND, LLC,     :
UNION FUNDING SOURCE, INC.,      :
ALBERT GINDI, ISAAC KASSAB,       :
GABRIEL MANN, ABC CORPORATIONS :
1 THOUGH 10 (currently unknown and  :
fictitiously identified entities), and JOHN :
DOES 1 THROUGH 10 (currently unknown :
and fictitiously identified individuals),    :
                                               :
                       Defendants.  :
                                             :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       I am in receipt of the parties' submission at Docs. 91 and 91-1, requesting to stay this action as to Plaintiffs and Defendants KYF Global Partners, LLC, Green Note Capital Partners, Inc., Isaac Kassab, Gabriel Mann, and Albert Gindi (collectively the "Stipulating Defendants"). In light of this request, the outstanding claims claims between Plaintiffs and Ace Funding Source, LLC and Ace Funding Source Second, LLC (collectively the "Ace Defendants"), and the lack of a case management plan in this action, it is hereby

ORDERED that all deadlines governing the proceeding of this action as between Plaintiffs and the Stipulating Defendants are STAYED pending further order of the Court.

It is FURTHER ORDERED that at their earliest convenience and no later than September 15, 2023, Plaintiffs and the Stipulating Defendants shall file either stipulations of dismissal as to the claims between them or a joint status letter on the progress of their settlement negotiations.

It is FURTHER ORDERED that by July 14, 2023, Plaintiffs and the Ace Defendants shall file a joint letter proposing next steps for the adjudication of this case and stating whether they believe the entry of a case management order would be appropriate.

The Clerk of Court is respectfully directed to close the open motions at Docs. 53, 74, and 77.  Any of Plaintiffs or the Stipulating Defendants may move to reopen these motions at any time before September 15, 2023.

SO ORDERED.

Dated:   July 7, 2023
         New York, New York

_____
Vernon S. Broderick
United States District Judge