UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                                             :

TLC TRAVEL STAFF, LLC, GENESIS       :
MEDICAL STAFFING, INC., SAMAS       :
CORPORATION, MYNELA LLC,            :
WAYNE STAFFING, LLC, and              :                    23-CV-1914 (VSB)
LIGHTHOUSE NURSING, INC.,              :
                                                                        :             **ORDER AND NOTICE OF**
                                  Plaintiff            :              **INITIAL CONFERENCE**
                                                                             :

                          -against-                    :

ACE FUNDING SOURCE, LLC, GREEN   :
NOTE CAPITAL PARTNERS, INC., KYF  :
GLOBAL PARTNERS, LLC, PATRIARCH  :
CAPITAL HOLDINGS, LLC, ACE            :
FUNDING SOURCE SECOND, LLC,      :
UNION FUNDING SOURCE, INC., ALBERT:
GINDI, ISAAC KASSAB, GABRIEL MANN,:
ABC CORPORATIONS 1 THOUGH 10     :
(currently unknown and fictitiously identified :
entities), and JOHN DOES 1 THROUGH 10  :
(currently unknown and fictitiously identified :
individuals),                                    :

                                Defendants.  :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On July 7, 2023, I ordered Plaintiffs and Defendants Ace Funding Source, LLC and Ace Funding Source Second, LLC (collectively the "Ace Defendants") to "file a joint letter proposing next steps for the adjudication of this case and stating whether they believe the entry of a case management order would be appropriate." (Doc. 92 at 2.) That letter was to be filed by July 14, 2023. As of this Order, only the Ace Defendants have filed a letter in response to that order. (Doc. 94.) In that letter, the Ace Defendants indicate that settlement talks between them and the

Plaintiffs have reached an impasse and that the Ace Defendants therefore do not oppose the entry of a case management order. (*Id.* 1) Accordingly, it is hereby:

ORDERED that the Court will not be holding an initial pretrial conference.

IT IS FURTHER ORDERED that, by July 27, 2023, the parties submit a joint letter, not to exceed three (3) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://nysd.uscourts.gov/judge/Broderick. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated: July 19, 2023
         New York, New York

_____
Vernon S. Broderick
United States District Judge