**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**

The stay in this action is hereby extended until November 10, 2023. The parties shall file another status letter with the Court by November 10, 2023. The parties are advised that further requests to extend the stay are unlikely to be granted barring extenuating circumstances. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 103.

Dated: October 31, 2023

110 Allen Road
Suite 208
Basking Ridge, New Jersey 07920
Telephone:   (908) 605-2120
Facsimile:     (908) 605-2121

Writer's Email Address:
Nvytell@rkvfirm.com

305 Broadway, suite 700
New York, New York 10007
Telephone:   (212) 490-0988
Facsimile:     (212) 490-0287

October 30, 2023

**VIA ECF ONLY**
Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   *TLC Travel Staff, LLC et al. v. Ace Funding Source, LLC, et al.*
        United States District Court for the Southern District of New York
        Case No.:  1:23-cv-01914(VSB)

Dear District Judge Broderick:

We represent Plaintiffs in the above-referenced action. We write, with the consent of all counsel, to jointly provide a status update in response to the Court's Order dated October 12, 2023 (Doc. No. 109).

The parties have exchanged what we believe to be nearly final settlement agreements. We are awaiting final confirmation on some minor points and expect that parties to sign in the coming days with stipulations of dismissals to follow. In light of the foregoing, we would respectfully request that the current stay be extended until November 10, 2023 to allow the parties to finalize the above.

We thank Your Honor for your continued attention to this action.

Respectfully submitted,

**Reppert, Kelly & Vytell, LLC**

*/s/ Nicholas A. Vytell*

Nicholas A. Vytell

Cc: All counsel (via ECF only)